RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 7-7-05
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAVIER HUMBERTO TAPIA-FONTANEZ | DOCKET NO. 1:04 CV 0551 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| FEDERAL BUREAU OF PRISONS, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that the access to courts claim against the defendants be **DISMISSED** as frivolous in accordance with 28 U.S.C. § 1915 A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 6th day of JULY, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE